**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 04-6190**

———————

LEROY ROBINSON,

Petitioner - Appellant,

versus

JOSEPH M. BROOKS, Warden of the Federal
Correctional Institution at Petersburg,
Virginia; UNITED STATES PAROLE COMMISSION,

Respondents - Appellees.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Raymond A. Jackson, District
Judge.  (CA-03-424-2)

———————

Submitted:  June 28, 2004          Decided:  July 14, 2004

———————

Before WILLIAMS, MOTZ, and KING, Circuit Judges.

———————

Dismissed by unpublished per curiam opinion.

———————

Leroy Robinson, Appellant Pro Se.  Anita K. Henry, Assistant United
States Attorney, Norfolk, Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Leroy Robinson, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal on the reasoning of the district court. See Robinson v. Brooks, No. CA-03-424-2 (E.D. Va. Jan. 14, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED